**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 14 2015

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>WARREN EVANS, Jr.<br>(a/k/a "Charlie's brother")<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:15mj00023<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Unknown to October 17, 2014__ in the county of __Frederick__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 and Sections 841(a)(1) and 841(b)(1)(C) | Conspiracy to Distribute Heroin, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Thomas F. Hickey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/14/2015__

_____
*Judge's signature*

City and state: __Harrisonburg, Virginia__   Honorable James G. Welsh, US Magistrate Judge
*Printed name and title*