CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
JUL 28 2017
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

JULY 21, 2017

DEAR CLERK OF THE COURT,

GOOD MORNING OR AFTERNOON

MY NAME IS WARREN EVANS JR, CRIMINAL CASE NO: 5:15-CR-00020. I WOULD LIKE TO RECEIVE THESE DOCKETS OFF THE DOCKETS TEXTS PLEASE.

| DATE FILED | # | |
|---|---|---|
| 7-20-2015 | 14 | 50¢ |
| 7-20-2015 | 15 | $3.00 |
| 7-20-2015 | 17 | $1.00 |
| 7-20-2015 | 21 | $1.50 |
| 7-21-2015 | 16 | no document |
| 7-21-2015 | 18 | $1.50 |
| 7-28-2015 | 23 | .50¢ |
| 1-27-2016 | 38 | $6.50 |
| 1-27-2016 | 39 | $4.00 |
| 1-27-2016 | 41 | $1.00 |
| 1-28-2016 | 44 | 50¢ |
| 6-08-2016 | 46 | $9.50 |
| 6-09-2016 | 47 | $4.50 |
| 6-13-2016 | 49 | $6.00 |
| 6-16-2016 | 53 | $3.00 |
| 8-21-2016 | 58 | $25.50 |

Warren Evans Jr #58902-037
United States Penitentiary Canaan
Post Office Box 300
Waymart, PA 18472

THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS

22802-383216

The Clerk
116 N. Main Street
Harrisonburg, VA 22802