Warren Evens, Jr.
Fed. Reg. No.: 58920-037
U.S. Penitentiary Canaan
P.O. Box 300
Waymart, PA. 18472

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 10 2017

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

U.S. District Court
Western District of Virginia
Office of the Clerk
116 N. Main Street, Room 314
Harrisonburg, VA. 22802

RE: Criminal Docket For Case #: 5:15-cr-00020-NFU-1

Dear Clerk of Court~

    I am writing this letter seeking your help or assistance upon locateing/obtaining court documents as follows stated below:

1.) Discovery regarding criminal case # said above reference, which I've been criminally charged for 2) USC 841(b)(1)(c), drug distribution, inter alia death result from the use of a controlled substance by victum...

2.) Discover regarding: allege victum "death result"

or cause of death, specifically I wish to locate/or obtain discovery investigation reports regarding victims autopsy Forensic Toxicologist Labatory reports Blood and urine Analyst as to the numerous different types of narcotic's or controll substances...

Please assist me upon the cost of said copies of discovery sought for disclosure and guide me as to if said court do not obtain said documents/reports please guide me to said agency as to where I could purchase said investigative reports said above... Thank you for your time and patient of said matter....

8/4/17
Date

Warren Evans Jr
WARREN EVENS, JR. #58902-037

Warren Evans #56902-037
United States Penitentiary Canaan
Post Office Box 300
Waymart, PA 18472

Legal Mail

United States District Court
Office of the Clerk
116 N. Main Street, Room 314
Harrisonburg, VA 22802

Date: 8/7/17
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the reader raises a question or problem over which this facility has jurisdiction, you may wish to return the material for futher information or clarification
UPS Canaan
P.O. Box 400
Waymart, PA 18472