CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/ K. Doth
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA (HARRISONBURG)

WARREN EVANS JR.,

PETITIONER

V

UNITED STATES OF AMERICA

RESPONDENTS                              CASE NO. 5:15-cr-00020-MFU-1

---

## MOTION FOR AUTOPSY REPORTS

Comes now Petitioner Warren Evans Jr., who moves this Honorable Court to give him the autopsy reports in the above case number. From the enclosed exhibit #1, The Bostic Law Firm stated on August 13, 2017 that they were going to provide these reports but to this date with due dilligence, Petitioner Evans has still not received such Jencks Act Material under 18 USC 3500. Petitioner states that pursuant to Federal Rules of Criminal Procedure 16(E) DOCUMENTS AND OBJECTS-- Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the governments possession, custody, or control and;
(i) The item is material to preparing the defense;

1

(ii) The government intends to use the item in its case-in-chief at trial; or

(F) REPORTS OF EXAMINATIONS AND TESTS---

Upon a defendant's request, the government must permit a defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment if:

(i) The item is within the government's possession, custody, or control;

(ii) The attorney for the government knows or through due dilligence could know that the item exists; and

(iii) The item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.

Petitioner Warren Evans states and asserts that he is entitled to a copy of these Autopsy Results in preparing for his Post-Conviction-Relief in the above case number.

Petitioner Warren Evans states that this Motion is made in good faith and not to delay or harass the Court in any manner.

_Warren Evans_  3/26/18
Warren Evans #58902-037    DATE
United States Penitentiary
CANAAN-P.O. BOX 300
Waymart, Pa. 18472

2

# CERTIFICATE OF SERVICE

Case Number 5:15-cr-00020

I Petitioner Warren Evans do hereby certify that on March 26, 2018 that I mailed a true and correct copy of the foregoing instrument to the following below by depositing this instrument in the US MAILROOM MAILBOX here at USP CANAAN using the correct US POSTAGE.

1. Clerk Of Court
   United States District Court
   Western District Of Virginia (Harrisonburg)
   116 N. Main Street Room 314
   Harrisonburg, VA. 22802

2. Erin Marie Harrigan Kulpa
   United States Attorneys Office
   Western District Of Virginia
   255 West main Street, Room 130
   Charlottesville, VA 22902

3. CC:
   Mr. Warren Evans #58902-037
   USP CANAAN  PO BOX 300
   WAYMART, PA. 18472

3