CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:15-cr-00020-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARREN EVANS, JR., | ) | By: Hon. Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

Warren Evans, Jr. filed a motion to compel his former counsel to disclose autopsy reports.[1] Counsel allegedly had told Evans that Evans would receive the reports in August 2017, but Evans has never received them. Evans notes passingly that the reports are needed to prepare a collateral attack.

The motion to compel is **DENIED**. The reports are not in the record, Evans has not yet commenced a collateral attack, and he does not specifically describe how he is confined illegally. See, e.g., Harris v. Nelson, 394 U.S. 286, 300 (1969). Accordingly, the court declines to intervene in the attorney-client relationship in this closed case, and Evans may contact the Virginia State Bar about any dissatisfaction with counsel.

The Clerk shall send certified copies of this Order to Evans, the United States, and Russell Darren Bostic, Esq.

ENTER: This 10th day of May, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge

---

[1] Evans had been sentenced in June 2016 and did not appeal.